UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------

UNITED STATES OF AMERICA

  -vs-

Masayuki Saitoh

ORDER OF REFERRAL

CR-06-461(ARR)

------------------------------------

    The defendant, __Masayuki__ Saitoh having asked for permission to enter a plea of guilty, and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge __Azrack__ to administer the allocution pursuant to F.R.Crim.P. Rule 11, and make a finding as to whether the plea is knowingly and voluntarily made and to make a recommendation as to whether the plea of guilty should be accepted.

    I would appreciate it if the Magistrate Judge would use the allocution that I use in taking a guilty plea.

SO ORDERED:

AUSA: _Elizabeth Latif_      DEFT: _Masayuki Saitoh_

UNITED STATES DISTRICT JUDGE

DEFENSE COUNSEL: _[signature]_

Dated: Brooklyn, New York
July 17, 2006