UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA,      :    **ORDER**
            -against-          :    **FOR EXONERATION OF CASH BAIL**
                                    CR 06-461 (ARR)
MASAYUKI SAITOH,               :
            Defendant.         :
------------------------------X

Bail having been fixed by Magistrate Judge Matsumoto in the above entitled action, under case number 06-M-652, in the amount of $50,000, of which sum $10,000 was deposited with the Clerk of the Court on June 26, 2006, by JUNKO SAITOH;

It is hereby ordered that the Clerk for the United States District Court for the Eastern District of New York shall exonerate the $10,000 cash bail by mailing a check in the amount of $10,000 payable to JUNKO SAITOH, in care of:

> Consul SHUJI UEMURA
> Consualte General of Japan
> 299 Park Avenue
> New York, NY 10171

DATED:    August, 10 2006
          BROOKLYN, NEW YORK

                                SO ORDERED:

                                _____
                                The Honorable Allyn R. Ross
                                United States District Judge

# Federal Defenders
OF NEW YORK, INC.

Eastern District
16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
Executive Director and
Attorney-in-Chief

Eastern District
Peter Kirchheimer
Attorney-in-Charge

August 7, 2006

The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: **United States v. Masayuki Saitoh, CR 06-652**

Your Honor:

    Now that he has been sentenced, the defendant respectfully requests that this Court order the exoneration of the $10,000 cash bail his wife posted on his behalf. A proposed order is attached.

    Thank you for your attention.

Respectfully yours,

Heidi C. Cesare, Esq.
Assistant Federal Defender
(718) 330-1257

cc: Clerk of the court (ECF)
    AUSA Elizabeth Latif